# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Ivan Lavrusik,** | Civil No.: 06-0207 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **Jean C. Crewon, Denise M. Fraizer and INS,** | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated December 21, 2006; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation; **IT IS HEREBY ORDERED** that this case be dismissed.

Dated: 1/17/07

                                                            s/Patrick J. Schiltz  
                                                          PATRICK J. SCHILTZ  
                                                          United States District Judge